IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02423-BNB

MILAGRO TAURUS,

    Plaintiff,

v.

U.S. DEPARTMENT OF SOCIAL SECURITY, and
MICHAEL ASTRUE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Corrected Address" filed on November 8, 2011 (Doc. # 9) is GRANTED. For all future mailings, the Court will use the corrected address provided by Plaintiff.

Dated: November 10, 2011