IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02423-BNB

MILAGRO TAURUS,

    Plaintiff,

v.

U.S. DEPARTMENT OF SOCIAL SECURITY, and
MICHAEL ASTRUE,

    Defendants.

## ORDER DISMISSING CASE

    Plaintiff, Milagro Taurus, initiated this action by filing a ***pro se*** "Motion for Injunction" on September 14, 2011.  By order dated September 20, 2011, Magistrate Judge Boyd N. Boland directed Ms. Taurus to cure certain enumerated deficiencies.

    On November 22, 2011, Ms. Taurus filed a document titled "Motion to Close the Denver Colorado Case # 2011-CV-2423."  In the document, Ms. Taurus states that she seeks a voluntary dismissal of this action.

    Fed. R. Civ. P. 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  No answer or motion for summary judgment has been filed by Defendants in this action.  Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  **See** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501,

507 (10th Cir. 1968).  The Notice, therefore, closes the file as of November 22, 2011.

*See Hyde Constr. Co.*, 388 F.2d at 507.  Accordingly, it is

> ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1).  It is
>
> FURTHER ORDERED that the voluntary dismissal is without prejudice and is
effective as of November 22, 2011, the date Plaintiff filed the Notice in this action.  It is
>
> FURTHER ORDERED that all pending motions are denied as moot.
>
> DATED at Denver, Colorado, this  1st  day of    December   , 2011.

> BY THE COURT:
>
>
>     s/Lewis T. Babcock
> LEWIS T. BABCOCK, Senior Judge
> United States District Court